UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:25-cv-00156-GNS

**MARTIN AVILA ARANDA**　　　　　　　　　　　　　　　　　　　**PETITIONER**

vs.

**SAMUEL OLSON, Field Office Director, Louisville
Field Office, Immigration and Customs Enforcement,
in his official capacity, et al.**　　　　　　　　　　　　　　　　　**RESPONDENTS**

## ORDER TERMINATING CASE

Presently before the Court is Respondents' "Notice of Release from Custody" (DN 14), certifying that "Petitioner has been released from custody," as required by this Court's "Memorandum Opinion and Order" (DN 13). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

Greg N. Stivers, Judge
United States District Court
December 8, 2025

cc:　　Counsel of Record